**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND DISMISSING ACTION** |

*This document relates to:*

Sandra Kenny  06-0155
_____/

On December 14, 2006, the Court ordered plaintiff to show cause as to why (1) Barrett Law Office's and Dumas & Associates' motion to withdraw as counsel should not be granted; and (2) plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. The Court advised plaintiff that if she wishes to contest the withdrawal of counsel and/or dismissal of her lawsuit for failure to prosecute, plaintiff shall notify the Court in writing on or before January, 26, 2006 of the reasons the withdrawal should not be granted or the case dismissed. In particular, the Court stated that if plaintiff wishes to proceed with this action, she shall advise the Court of the name and address of her new counsel or, if she will be representing herself, she must advise the Court of her contact information. In addition, the Court ordered plaintiff to advise the Court as to whether she has completed and served defendants with a plaintiff fact sheet and provided defendants with

1  authorizations for the release of medical records.  The Court specifically warned plaintiff
2  that her failure to communicate with the Court as required might result in dismissal of her
3  action with prejudice.
4      Plaintiff did not respond to the Court's order.  Accordingly, the motion to withdraw as
5  counsel filed by the Barrett Law Office and Dumas & Associates is GRANTED and this
6  action is DISMISSED WITH PREJUDICE for a failure to prosecute.
7      **IT IS SO ORDERED.**

Dated: January 29, 2007



CHARLES  R.  BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\orderofdismissal06-155.wpd   2